1019

[No. 479-3.    Division Three.    May 16, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MERRIFIELD, *Appellant.*

[No. 591-2.    Division Two.    May 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD ISAAC UMBARGER, *Appellant.*

[No. 306-2.    Division Two.    May 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH MELLO, *Appellant.*

[No. 879-1.    Division One—Panel 2.    May 30, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. CURTIS THOMAS, *Appellant.*

[No. 1032-1.    Division One—Panel 2.    May 30, 1972.]

JEROME R. WICKLUND *et al., Respondents,* v. PETROLANE NORTHWEST SUPPLY CO., *Appellant.*